# THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| RONALD REAGAN FEDERAL BUILDING | 274 MAX ROSENN U.S. COURTHOUSE |
|---|---|
| 228 Walnut Street, Room 320 | 197 South Main Street, Room 274 |
| Harrisburg, PA 17101 | Wilkes-Barre, PA 18701 |
| (717) 901-2800 | (570) 831-2500 |

Terrence S. Miller
Clerk

Sheila Booth
Chief Deputy

April 13, 2011

Jerry A. Philpott, Esquire
PO Box 116
227 North High Street
Duncannon, PA 17020

Gregory Lyons, Esquire
United States Trustee
PO Box 969
Harrisburg, PA 17108

In re: John M. Lanza and Susan P. Lanza
Case No.: 1:10-bk-06272-MDF

Dear Counsel:

    Attached please find a copy of the Notice of Appeal to the District Court filed on April 12, 2011 from the Order of Bankruptcy Judge Mary D. France issued on March 25,2 011 in the above-referenced matter.

    Your attention is directed to Federal Rules of Bankruptcy Procedure Rule 8006 concerning your Designation of Contents and Statement of Issues On Appeal. If you plan to order a transcript for your designation you must contact the ECRO in the Clerk's Office at 570.831-2509.

Very truly yours,

_Patricia Ratchford_
Patricia Ratchford, Deputy Clerk