UNITED STATE BANKRUPTCY COURT
Middle District of Pennsylvania

| | |
|---|---|
| In re: | : |
| JOHN M. & SUSAN P. LANZA, | : Chapter 7 |
| Debtors | : |
| | : Case no. 1:10-bk-06272 |
| ROBERTA A. DEANGELIS, | : |
| UNITED STATES TRUSTEE, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| JOHN M. & SUSAN P. LANZA, | : |
| Respondents | : |

NOTICE OF APPEAL

John M. and Susan P. Lanza, the debtors and respondents, appeal under 28 U.S.C. § 158(a) or (b) from the order of Judge France dismissing their case entered in this proceeding on March 25, 2011.

The names of all parties to the judgment, order, or decree appealed from and the names and addresses of their respective attorneys are as follows:

1    DEBTORS/RESPONDENTS
John M. Lanza and Susan P. Lanza
Jerry A. Philpott, Esquire
PO Box 116
Duncannon, PA 17020

2    ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE
Gregory R. Lyons, Esquire
PO Box 969
Harrisburg, PA 17108-0969

Dated: April 12, 2011    Respectfully submitted,

    s/Jerry A. Philpott
PHILPOTT WILSON LLP
Jerry A. Philpott, Esquire
227 North High Street, P.O. Box 116
Duncannon, PA 17020
717-834-3087
Attorneys for appellants