## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN M. LANZA and     :  CIVIL ACTION NO. 1:11-CV-958
SUSAN P. LANZA,      :
              :  (Judge Conner)
    **Appellants**     :
              :
  **v.**           :
              :
**UNITED STATES TRUSTEE,**   :
              :
    **Appellee**      :

## <u>ORDER</u>

AND NOW, this 19th day of July, 2011, upon consideration of the bankruptcy appeal filed by appellants (Doc. 1), and upon further consideration of the motion (Doc. 2) filed by the United States Trustee ("U.S. Trustee"), wherein the U.S. Trustee moves to dismiss the appeal on the basis that the appeal was untimely filed and that the District Court therefore lacks subject-matter jurisdiction over the appeal, <u>see</u> <u>Bowles v. Russell</u>, 551 U.S. 205, 207 (2007) ("[T]his Court has consistently held the requirement of filing a timely notice of appeal is 'mandatory and jurisdictional.'"), and it appearing that appellants' counsel concedes that the appeal is untimely and concurs in dismissal, (Doc. 2 ¶ 7), it is hereby ORDERED that the motion to dismiss the appeal (Doc. 2) is GRANTED. The Clerk of Court is directed to DISMISS and CLOSE the above-captioned appeal.

            S/ Christopher C. Conner
           CHRISTOPHER C. CONNER
           United States District Judge